IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIA RUSSO *Individually and on Behalf of Others Similarly Situated*, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil No. 3:20-cv-00820 Judge Trauger |
| MOORE INGRAM JOHNSON & STEELE, LLP, ) ) | |
| Defendant. ) | |

## ORDER

It is hereby ORDERED that the initial case management conference scheduled for Tuesday, December 1, 2020 at 1:00 p.m. will be held by teleconference. Lead counsel for each party shall participate in the conference. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge