# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JULIA RUSSO, Individually and on Behalf of All Others Similarly-situated, </br></br> *Plaintiff,* </br></br> v. </br></br> MOORE INGRAM JOHNSON & STEELE, LLP </br></br> *Defendant.* | **COLLECTIVE ACTION UNDER FLSA** </br></br> CASE NO. 3:20-CV-0820 </br></br> **JURY DEMANDED** |

## ORDER APPROVING SETTLEMENT AGREEMENT

This matter comes before the Court on the parties' Joint Motion for Approval of Settlement Agreement (Ct. Doc. 66 and the "Joint Motion"). It appearing to the Court from the Joint Motion and the other filings in this matter, including the parties' detailed filings relating to the alleged Fair Labor Standards Act (FLSA) violations in connection with Plaintiff's motion for conditional certification, that the parties' proposed settlement of Plaintiff's FLSA claims in this matter is a fair and appropriate resolution of the parties' *bona fide* dispute regarding the validity of Plaintiff's claims against Defendant under the FLSA, that the amount of attorney's fees and expenses sought are reasonable given the amount of work performed by Plaintiff's counsel in this matter and do not excessively compensate Plaintiff's counsel at the expense of Plaintiff, and that Court approval of the settlement is appropriate, it is hereby ORDERED that the Joint Motion is hereby granted and the parties' proposed settlement of Plaintiff's FLSA claims is hereby approved. The parties shall file a separate stipulation of dismissal following completion of the settlement.

It is so **ORDERED**.

‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ALETA A. TRAUGER
‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ ‍ U.S. District Judge

**APPROVED FOR ENTRY:**

/s/ Mark N. Foster
Mark N. Foster, BPR # 023626
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
(270) 213-1303
MFoster@MarkNFoster.com
*Counsel for Plaintiff*


/s/ Lauren Paxton Roberts w. permission by Mark N. Foster
Lauren Paxton Roberts
STITES &HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 782-2200
lauren.roberts@stites.com
*Counsel for Defendant*